# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND E. PEYTON, | Case No. EDCV 16-0670-RGK (JPR) |
| Petitioner, | **J U D G M E N T** |
| v. | |
| SCOTT FRAUENHEIM, Warden, | |
| Respondent. | |

Under the Order Dismissing Petition for Writ of Habeas Corpus and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: April 29, 2016

R. GARY KLAUSNER
U.S. DISTRICT JUDGE